**STATE of Missouri, Respondent,**

v.

**Richard Dean JANSSEN, Appellant.**

**WD 80159**

Missouri Court of Appeals,
Western District.

Order filed: September 26, 2017

Garrick F. D. Aplin, for Respondent

Erin E. Heimsoth, for Appellant

Before Division Four: Mark D. Pfeiffer, Presiding Judge, Victor C. Howard, Judge and Alok Ahuja, Judge

### ORDER

PER CURIAM:

Richard Janssen appeals his convictions of the class C felony of possession of a controlled substance, section 195.202, RSMo Noncum. Supp. 2014, and the class A misdemeanor of unlawful use of drug paraphernalia, section 195.233, RSMo Noncum. Supp. 2014, and sentences of seven years imprisonment and ninety days of jail incarceration, respectively. He contends that insufficient evidence was presented to prove beyond a reasonable doubt that he had possession of the controlled substance and paraphernalia. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment of convictions is affirmed. Rule 30.25(b).